AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00160 |
| RACHAEL LYNN PERT | ) | Assigned to: Judge Zia M. Faruqui |
| and | ) | Assign Date: 1/25/2021 |
| DANA JOE WINN | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*            *Offense Description*

18 U.S.C. § 1752(a)(1) - Unlawful Entry on Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(G)- Violent entry and disorderly conduct on Capitol Grounds

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Darren Jefferies, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/25/2021

*Judge's signature*

City and state: Washington, D.C.     Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*